IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02265-LTB

DOSSIE L. HOWARD III,

    Applicant,

v.

FLANIGAN COURTHOUSE COURTROOM 3F,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 19 day of September, 2012.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/L. Gianelli
                          Deputy Clerk